Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA        1717-0
*aroeca@rlhlaw.com*
NORMAN K. ODANI       8678-0
*nodani@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawai'i  96813-3917
Telephone:  (808) 538-7500

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RAY MORIGUCHI,<br><br>            Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE<br>CORPORATION; and DOE<br>DEFENDANTS 1-10,<br><br>            Defendants. | CIVIL NO. 20-547<br>(Other Non-Vehicle Tort)<br><br>NOTICE OF REMOVAL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>Trial Date: None<br>Judge: |

874-33/Ntc Removal to USDC..nko.rkh

# NOTICE OF REMOVAL

Defendant COSTCO WHOLESALE CORPORATION ("Costco") gives notice, pursuant to 28 U.S.C. §§1441 and 1446, of the removal of this case from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.  The removal is grounded upon the following facts:

1. A civil lawsuit (the "Action") has been commenced and is currently pending against Costco and various Doe Defendants in the Circuit Court of the First Circuit, State of Hawaii, Civil No. 1CCV-20-0000574 (BIA), entitled ***Ray Moriguchi vs. Costco Wholesale Corporation, et al.***

2. The initial pleading in the Action was Plaintiff's Complaint filed on April 14, 2020.  The Complaint was served upon Costco on November 10, 2020.  This notice of removal is filed within 30 days after said service.  A true and correct copy of the Complaint is attached hereto as Exhibit "A".  Exhibit "A" constitutes all of the process, pleadings and orders served upon Costco to date.

3. Plaintiff claims to be a resident and citizen of the state of Hawaii.  Costco is a Washington corporation with a statutory home office and its principal place of business located at 999 Lake Drive, Issaquah, WA 98027.

4. Upon information and belief, based upon the nature of Plaintiff's injuries and damages as related by his counsel, the amount in controversy in the Action exceeds $75,000.00, exclusive of interest and costs.

5. Based upon the foregoing, the Court has original jurisdiction over the Action under the provisions of 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. The Action is removable pursuant to 28 U.S.C. §§ 1441 (b).

7. A copy of this notice of removal will be served upon all adverse parties.

8. A copy of this notice of removal will be filed with the Circuit Court of the First Circuit, State of Hawaii, pursuant to 28 U.S.C. §1446(d), promptly after the filing of this notice of removal.

9. Defendant reserves, and does not waive, its objections to jurisdiction and venue and any applicable affirmative defenses under Haw.R.Civ.P. 12 and/or Fed.R.Civ.P. 12.

DATED: Honolulu, Hawai'i, December 10, 2020.

/s/ Norman K. Odani
ARTHUR F. ROECA
NORMAN K. ODANI
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

KIMBERLY PAFUNDI 10802
SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Fax No. 533-4745
Emails: kimberly@pafundilaw.com
sam@kingandking.com

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000574**
**14-APR-2020**
**01:26 PM**

Attorneys for Plaintiff RAY MORIGUCHI

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| RAY MORIGUCHI,<br><br>　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOE DEFENDANTS 1-10,<br><br>　　　Defendants. | ) Civ. No. _____<br>) (Other Non-Vehicle Tort)<br>)<br>) COMPLAINT; SUMMONS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff, RAY MORIGUCHI ("MORIGUCHI"), by and through undersigned counsel, hereby states for his Complaint as follows:

1. MORIGUCHI is, and was at all times relevant to this Complaint, a resident of the City and County of Honolulu, State of Hawaii.

2. Defendant COSTCO WHOLESALE CORPORATION ("COSTCO") is, and was at all times relevant to this Complaint, a duly registered for-profit foreign corporation in the State of Hawaii with its offices and principal place of business in the State of Washington. COSTCO operates a store in the Hawaii Kai area for the sale of food and other consumer items which is located at 333A Keahole Street, Honolulu, Hawaii 96825, in the City and County of Honolulu, State of Hawaii (hereinafter referred to as the "Costco Hawaii Kai store").

3. DOE DEFENDANTS 1-10 are persons (male or female), corporations (both for-profit and nonprofit), partnerships, limited partnerships, LLCs, joint ventures, or other business entities, the

<span style="color:red">EXHIBIT "A"</span>

identity of which Plaintiff, after diligent and good-faith effort, has not been able to ascertain at this time, who or which are responsible, either severally or jointly with COSTCO and some or all of the other DOE Defendants, for the injuries suffered by MORIGUCHI as alleged herein because of negligence or other improper action in failing to maintain the Costco Hawaii Kai store in a safe condition for persons walking in the area on the side of the Costco Hawaii Kai store on the date and time when MORIGUCHI was injured as alleged herein. MORIGUCHI has named all Defendants in this Complaint about which he and his attorneys have knowledge based on negotiations attempting to settle MORIGUCHI's claim up to this time. MORIGUCHI seeks leave, after a reasonable opportunity for further investigation or discovery, to name in this Complaint further DOE DEFENDANTS as they are identified pursuant to Rules 17 and 11 of the Hawaii Rules of Civil Procedure.

4. On or about April 16, 2018, at about 12:30 p.m., MORIGUCHI was walking on the side of the Costco Hawaii Kai store where food is sold and soda drinks are dispensed.

5. As MORIGUCHI approached the soda dispenser, he slipped on a wet area in front of the soda dispenser and fell down injuring himself.

6. COSTCO was responsible to maintain the area in front of the soda dispenser located on the side of its Costco Hawaii Kai store in a safe condition for persons walking in the area.

7. COSTCO was negligent in failing to maintain the area in front of the soda dispenser located on the side of its Costco Hawaii Kai store in a safe condition in the area through which MORIGUCHI walked on or about April 16, 2018, as alleged above by allowing the area and walking surface to become wet and slippery.

8. As a result of the negligence of COSTCO as alleged above, MORIGUCHI slipped on the wet and slippery surface and suffered injures to his left knee, leg, and thigh, and other parts of his body, and incurred pain and suffering and potential future physical problems and pain and suffering for which he is entitled to receive monetary compensation from COSTCO in an amount which will be shown at the time of trial of this case..

9. As a result of the negligence of COSTCO as alleged above, MORIGUCHI incurred medical and other expenses and possible future medical expenses for which he is entitled to receive monetary compensation from COSTCO in amounts which will be shown at the time of trial of this case.

10. As a result of the negligence of COSTCO as alleged above, MORIGUCHI suffered a loss
2


EXHIBIT "A"

of income and wages and possible future loss of income and wages for which he is entitled to receive monetary compensation from COSTCO in amounts which will be shown at the time of trial in this case.

WHEREFORE, MORIGUCHI prays for a monetary award for past, present, and potential future special and general damages against COSTCO and all DOE DEFENDANTS, jointly and severally, in amounts which will be shown at the time of trial in this case and for such other and further relief as the Court deems appropriate.

DATED: Honolulu, Hawaii, April 14, 2020.

/s/ Kimberly Pafundi
KIMBERLY PAFUNDI
SAMUEL P. KING, JR.
Attorneys for Plaintiff RAY MORIGUCHI

EXHIBIT "A"

| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| **PLAINTIFF** RAY MORIGUCHI | VS. | **DEFENDANT(S)** COSTCO WHOLESALE CORPORATION; JOHN DOE DEFENDANTS 1-10 — Electronically Filed FIRST CIRCUIT 1CCV-20-0000574 14-APR-2020 01:26 PM |

**PLAINTIFF'S NAME & ADDRESS, TEL. NO.**

Kimberly Pafundi
Samuel P. King, Jr.
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Attorneys for Plaintiff RAY MORIGUCHI

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

Kimberly Pafundi and Samuel P. King, Jr.

_____ ,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | Effective Date of 28-Oct-2019 Signed by: /s/ Patsy Nakamoto Clerk, 1st Circuit, State of Hawai'i  |
|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint   RG-AC-508 (10/19)

**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RAY MORIGUCHI,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOE DEFENDANTS 1-10,<br><br>  Defendants. | CIVIL NO. 20-547<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE<br><br><br><br>Trial Date: None<br>Judge: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by either hand-delivery; United States mail, first class postage prepaid; or electronically through CM/ECF ("CM/ECF") as indicated below, upon the following on December 10, 2020:

| | U.S. Mail | Hand Delivery | CM/ECF |
|---|---|---|---|
| KIMBERLY PAFUNDI, ESQ.<br>SAMUEL P. KING, JR., ESQ.<br>735 Bishop Street, Suite 304<br>Honolulu, HI 96813<br>  Attorneys for Plaintiff | | | X |

DATED: Honolulu, Hawai'i, December 10, 2020.

  */s/ Norman K. Odani*
  ARTHUR F. ROECA
  NORMAN K. ODANI
  Attorneys for Defendant

4